**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | No. 149 EAL 2014 |
| Respondent | |
| | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | |
| ANTOINE YOUNG, | |
| Petitioner | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of August, 2014, the Petition for Allowance of Appeal is **DENIED**.